AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
July 30, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __CM__
DEPUTY

United States of America
v.
Rafael Rosas-Pacheco
AXXX XXX 525

*Defendant(s)*

Case No. **SA:25-MJ-1083**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 29, 2025__ in the county of __Bexar__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assaulting, Resisting, or Impeding Certain Officers or Employees |
| | 8 years imprisonment, $250,000 fine, 3 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

**MICHAEL N DRYJA** Digitally signed by MICHAEL N DRYJA
Date: 2025.07.30 06:53:37 -05'00'

*Complainant's signature*

Michael Dryja, Deportation Officer

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: July 30, 2025

*Judge's signature*

City and state: San Antonio, Texas    Honorable Richard B. Farrer, U.S. Magistrate Judge

*Printed name and title*

<u>AFFIDAVIT</u>

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Michael Dryja and I am a Deportation Officer with Immigration and Customs Enforcement (ICE) and with whom I have been employed since January 3, 1999. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On or about June 30, 2025, Rafael Rosas-Pacheco (hereafter ROSAS) a native and citizen of Mexico who was previously Voluntarily Returned from the United States to Mexico, came to the attention of ICE as a referral from a local law enforcement agency. ICE ERO officers conducted an investigation to determine if ROSAS had permission to be in the United States, which included conducting Immigration database queries which confirmed that ROSAS is in the United States without authorization.

Databases revealed that ROSAS is a national and citizen of Mexico with assigned alien registration number AXXX XXX 525 in the Enforce Alien Removal Module (EARM), a Department of Homeland Security database. EARM revealed that ROSAS is an alien who has been Voluntarily Returned from the United States to Mexico on or about July 20, 2009.

On July 29, 2025, ICE Officers, with assistance from the Texas Department of Public Safety (DPS) Special Agents, conducted physical surveillance of the target address in San Antonio, Texas that was discovered during record checks. ICE Officers observed an adult male matching the photograph and physical description of ROSAS exit the residence and get into the driver's seat of a Mazda. ROSAS then departed the residence. Officers followed the vehicle and conducted a vehicle stop near the 100 block of Westoak Road in San Antonio, Texas, within the Western District of Texas. ICE Officers, wearing their ICE issued body armor along with ICE markings and badges, approached the driver's side of the vehicle and asked ROSAS, in the Spanish language, to turn off the vehicle for safety. Officers identified themselves as Police. ICE Officers then asked ROSAS his name to which ROSAS responded by saying "who are you looking for." ICE Officers asked ROSAS for identification. ROSAS then drove off at a high rate of speed. ROSAS quickly lost control of the vehicle and crashed into a vehicle being driven by a civilian by the name of "CR." ROSAS exited his vehicle and attempted to flee on foot, ICE Officers attempted to arrest ROSAS. During the arrest, ROSAS became aggressive and kicked at and in the direction of Officers. ROSAS kicked "RJ" and made physical contact with "RJ." ROSAS was taken to the ground where he continued to resist arrest. ROSAS was able to grab and squeeze the groin area of "RJ." "RJ" is a sworn United States Federal Officer, an employee and ICE Deportation Officer.

ROSAS forcibly assaulted and resisted "RJ" and did so while "RJ" was engaged in his official duties. ROSAS made physical contact with "RJ".

Officers were able to secure ROSAS with handcuffs as well as leg irons. Officers placed ROSAS into a government vehicle at which time he continued to kick at ICE Officers and a DPS Special Agent.

On July 30, 2025, an ICE detainer will be sent to the United States Marshal Service.

Based on the foregoing facts, there is probable cause to believe that ROSAS forcibly assaulted, resisted and opposed a Federal Officer in the course of their official duties in violation of Title 18 United States Code, Section 111 (a)(1).

_____
Michael Dryja
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 30th day of July 2025.

_____
United States Magistrate Judge
Honorable Richard B. Farrer