FILED
August 20, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____VL_____
                    Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v.<br><br>**RAFAEL ROSAS-PACHECO**<br>**a/k/a RAFAEL ROSAS PACHECO**<br><br>Defendant | **Case No: SA:25-CR-00438-FB**<br><br>**I N D I C T M E N T**<br>Ct 1: 18 U.S.C. § 111(a)(1) & (b)<br>Assault on a Federal Officer<br><br>Ct 2: 18 U.S.C. § 111(a)(1) & (b)<br>Assault on a Federal Officer<br><br>Ct 3: 18 U.S.C. § 111(a)(1)<br>Assault on a Federal Officer |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
**18 U.S.C. § 111(a)(1) & (b)**

On or about July 29, 2025, in the Western District of Texas, the Defendant,

**RAFAEL ROSAS-PACHECO a/k/a Rafael Rosas Pacheco**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.J., a person designated in 18 U.S.C. § 1114, while R.J. was engaged in and on account of the performance of his official duties, and such acts involved physical contact with R.J. and caused bodily injury, in violation of 18 U.S.C. §111(a)(1) & (b).

<u>COUNT TWO</u>
**18 U.S.C. § 111(a)(1) & (b)**

On or about July 29, 2025, in the Western District of Texas, the Defendant,

**RAFAEL ROSAS-PACHECO a/k/a Rafael Rosas Pacheco**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with E.S., a person designated in 18 U.S.C. § 1114, while E.S. was engaged in and on account of the performance of his official

duties, and such acts involved physical contact with E.S. and caused bodily injury, in violation of 18 U.S.C. §111(a)(1) & (b).

### COUNT THREE
### 18 U.S.C. § 111(a)(1)

On or about July 29, 2025, in the Western District of Texas, the Defendant,

**RAFAEL ROSAS-PACHECO a/k/a Rafael Rosas Pacheco**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with R.J., a person designated in 18 U.S.C. § 1114, while R.J. was engaged in and on account of the performance of his official duties, and such acts involved physical contact with R.J., in violation of 18 U.S.C. §111(a)(1).

A TRUE BILL.

FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
For ANNE MARIE CORDOVA
Special Assistant United States Attorney

2